■ In the Matter of Pamela A. Brown, Respondent, v Ralph Patterson, Appellant, et al., Respondent. (Appeal No. 2.) [967 NYS2d 852]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered June 29, 2011 in a proceeding pursuant to Family Court Act article 6. The order directed that respondent Ralph Patterson's visitation with the child shall be supervised.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs and the matter is remitted to Family Court, Chautauqua County, for further proceedings on the amended petition in accordance with the same memorandum as in *Matter of Brown v Patterson* (108 AD3d 1131 [2013]). Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.